UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KANISHA RUSSELL, | |
| Plaintiff, | |
| v. | CASE NO. 1:25-CV-574-HAB-ALT |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

**OPINION AND ORDER**

On October 27, 2025, pro se Plaintiff Kanisha Russell ("Plaintiff") removed this action from Allen County Superior Court. (ECF No. 1). The same day, she also requested leave in this Court to proceed in forma pauperis. (ECF No. 2).

The law is clear, however, that a plaintiff in a state court action is not authorized to remove an action to federal court. 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed ***by the defendant or the defendants***…")(emphasis added); see also, *Shamrock Oil & Gas Corp. v. Sheets,* 313 U.S. 100, 108 (1941); *MB Fin., N.A. v. Stevens*, 678 F.3d 497, 498 (7th Cir. 2012) ("Among parties, only a defendant can remove the suit."). And even if a plaintiff *could* initiate a removal, Russell's request was made 20 months after she initiated her suit, making her request untimely. *See* 28 U.S.C. § 1446(b) (providing that, to be timely, a notice of removal must be filed within 30 days of a suits commencement). Accordingly, this Court has no jurisdiction over Russell's case.

For these reasons, this case is REMANDED to the Allen County Superior Court.

**SO ORDERED** this 28th day of October 2025.

                                                s/Holly A. Brady
                                                CHIEF JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT